■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. GARNER, Appellant. [743 NYS2d 921] —Appeal from a

judgment of Supreme Court, Erie County (Forma, J.), entered November 10, 1999, convicting defendant after a jury trial of, inter alia, murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: We conclude that defendant's conviction of murder in the second degree (Penal Law § 125.25 [2]) is supported by legally sufficient evidence (*see People v Jernatowski*, 238 NY 188; *see also People v Roe*, 74 NY2d 20, 25) and that the verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495). We further conclude that defendant received meaningful representation (*see People v Baldi*, 54 NY2d 137, 147) and that the sentence is neither unduly harsh nor severe. Present—Hayes, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.